UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRINIDAD PAREDES,

       Petitioner,                    Case Number 2:12-cv-13681
                                                    Honorable Victoria A. Roberts

v.

DAVID BERGH,

       Respondent.
_____/

## JUDGMENT

Consistent with the Court's Order entered on January 9, 2014;

**IT IS ORDERED** that Judgment is entered in favor of Respondent.

Dated at Detroit, Michigan on January 9, 2014.


                                                         DAVID J. WEAVER
                                                         CLERK OF THE COURT

APPROVED:

                                                BY: s/Holly A. Monda for Carol A. Pinegar
                                                          DEPUTY CLERK

/s/ Victoria A. Roberts
Honorable Victoria A. Roberts
United States District Judge